HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Chief Assistant for the Federal Defender
MEGAN WINGO
Certified Law Clerk
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
RODOLFO LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-mj-0050-EFB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE COURT TRIAL |
| v. | Date:  July 19, 2016 |
| RODOLFO LOPEZ, | Time:  10 a.m. |
| Defendant. | Judge:  Hon. Edmund F. Brennan |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Special Assistant United States Attorney ELLIOT WONG and Chief Assistant Federal Defender LINDA C. ALLISON attorney for RODOLFO LOPEZ, that the Court continue the Court Trial on April 5, 2016 to July 19, 2016 at 10 a.m.

The parties also agree that the ends of justice served by granting defendant's request for a continuance outweighs the best interest of the public and the defendant in a speedy trial, because defense counsel needs additional time to prepare for trial and ensure witness availability.

//

//

//

The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through July 19, 2016, for defense preparation and investigation. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T4].

DATED: March 23, 2016                    Respectfully submitted,

                                                HEATHER WILLIAMS
                                                Federal Defender

                                                /s/Linda Harter
                                                LINDA HARTER
                                                Chief Assistant to the Federal Defender
                                                Attorneys for Defendant
                                                RODOLFO LOPEZ

Dated: March 23, 2016                    BENJAMIN B. WAGNER
                                                United States Attorney

                                                */s/ Linda C. Harter for*
                                                ELLIOT WONG
                                                Special Assistant United States Attorney

## **ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders that the time from the date of the parties stipulation, March 22, 2016 up to and including July 19, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) T4 [reasonable time for counsel to prepare] (Local Code T4). It is further ordered that the April 5, 2016 court trial be continued to July 19, 2016 at 10 a.m.

Dated: March 23, 2016.

                                                EDMUND F. BRENNAN
                                                UNITED STATES MAGISTRATE JUDGE