```
 1  HEATHER E. WILLIAMS, #122664
    Federal Defender
 2  LINDA C. ALLISON #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    BRANDON LI
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, CA 95814
    Telephone: (916) 498-5700
 6

 7  Attorney for Defendant
    RODOLPHO CEJA LOPEZ
 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  v.<br><br>RODOLPHO CEJA LOPEZ,<br><br>            Defendant. | NO. 2:16-mj-00050-EFB<br><br>STIPULATION TO NEW BRIEFING SCHEDULE AND NEW TRIAL HEARING DATE<br><br>DATE:  August 8, 2016<br>TIME:  10:00 A.M.<br>JUDGE: Hon. Edmund F. Brennan |

It is hereby stipulated and agreed upon by the Defendant, Rodolpho Ceja Lopez, through his attorney, Chief Assistant Federal Defender Linda C. Allison, and the United States, by and through its attorney, Special Assistant United States Attorney Talha Khan, that the Court order a new briefing schedule as follows: the Government's memorandum shall be filed on July 22, 2016. Defendant's reply shall be filed on July 29, 2016, and Government's reply shall be filed on August 4, 2016. The parties

1

1  also request that the Court advance the hearing and closing
2  arguments to August 8, 2016, at 10:00 A.M. instead of the
3  currently set date of August 17, 2016.

Dated: July 22, 2016

                                HEATHER E. WILLIAMS
                                Federal Defender

                                /s/ Linda C. Allison___
                                LINDA ALLISON
                                Chief Assistant Federal Defender
                                Attorney for Defendant
                                RODOLPHO CEJA LOPEZ

                                /s/ Brandon Li_____
                                BRANDON LI
                                Certified Student Attorney

Dated: July 22, 2016
                                PHILLIP A. TALBERT
                                Acting United States Attorney

                                /s/ Talha Khan_____
                                TALHA KHAN
                                Special Assistant U.S. Attorney

                          ORDER

It is so ordered.

DATED:   July 26, 2016.

                                _____
                                EDMUND F. BRENNAN
                                United States Magistrate Judge