```
HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON #179741
Chief Assistant Federal Defender
Designated Counsel for Service
BRANDON LI
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700


Attorney for Defendant
RODOLFO CEJA LOPEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>RODOLFO CEJA LOPEZ<br><br>             Defendant. | NO. 2:16-mj-00050-EFB<br><br>STIPULATION AND [~~PROPOSED~~]ORDER TO NEW FINE PAYMENT SCHEDULE<br><br>DATE:  August 8, 2016<br>JUDGE: Hon. Edmund F. Brennan |

It is hereby stipulated and agreed upon by the Defendant, Rodolfo Ceja Lopez, through his attorney, Chief Assistant Federal Defender Linda C. Allison, and the United States, by and through its attorney, Special Assistant United States Attorney Talha Khan, that the Court order a new fine payment schedule as follows: the Defendant shall make the first payment of $103.00 no later than August 31, 2016, the second payment of $103.00 no later than September 30, 2016, and a third payment of $104.00 no later than October 31, 2016. On August 8, 2016, Magistrate Judge

Edmund F. Brennan found Defendant guilty of California Vehicle Code § 14601.5 and sentenced the Defendant to pay a $300.00 fine and a $10.00 special assessment fee, a total of $310.00.

Dated: August 8, 2016

                      HEATHER E. WILLIAMS
                      Federal Defender

                      /s/ Tim Zindel on behalf of
                      LINDA ALLISON
                      Chief Assistant Federal Defender
                      Attorney for Defendant
                      RODOLPHO CEJA LOPEZ

                      /s/ Brandon Li
                      BRANDON LI
                      Certified Student Attorney

Dated: August 8, 2016

                      PHILLIP A. TALBERT
                      Acting United States Attorney

                      /s/ Talha Khan
                      TALHA KHAN
                      Special Assistant U.S. Attorney

## ORDER

It is so ordered.

DATED:   August 9, 2016.

                      _____
                      EDMUND F. BRENNAN
                      United States Magistrate Judge